**Opinion filed December 8, 2016**



## In The

# Eleventh Court of Appeals

_____

## No. 11-16-00091-CV

_____

## CARTER SCOTT D/B/A CARTER SCOTT LAND SERVICES, Appellant

## V.

## OLLIE STEPHEN OATMAN; TAMRA SHAE OATMAN; LEIGH OATMAN, TRUSTEE FOR THE CALLIE OATMAN TRUST; AND JAMES L. WILKS, Appellees

**On Appeal from the 32nd District Court**
**Nolan County, Texas**
**Trial Court Cause No. 19,563-A**

## M E M O R A N D U M   O P I N I O N

Carter Scott has filed in this court a motion to dismiss this appeal. Scott states that the underlying litigation from which this appeal arose has been compromised and settled, and Scott requests that we dismiss the appeal without prejudice. In accordance with Scott's request, we dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

December 8, 2016

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.